IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-16-GPM-DGW |
| ) | |
| ANGEL RECTOR, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management purposes. On January 30, 2013, District Judge G. Patrick Murphy issued an Order (Doc. 8) directing Plaintiff to pay an initial partial filing fee of $14.45. As of the date of this Order, only a portion, $5.38, of that initial partial filing fee has been paid. Plaintiff is hereby **ORDERED** to pay the total initial partial filing fee by January 6, 2014 or **SHOW CAUSE**, in writing by that date, why such payment has not and cannot be made. Plaintiff is **WARNED** that the failure to pay the total initial filing fee or show cause by the deadline shall result in a report and recommendation that this matter be dismissed for failure to prosecute and the failure to comply with 28 U.S.C. § 1915(b)(1) and the Orders of this Court.

**IT IS SO ORDERED.**

**DATED: November 5, 2013**

                                                      **DONALD G. WILKERSON**
                                                      **United States Magistrate Judge**